# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

DAVID WAYNE STARKEY,  )
an individual,  )
  )
Plaintiff,  )
  )
v.  )  Case No. 03-CV-951K(J)
  )
DAVID STRUCKMAN, et al.,  )
  )
Defendants  )

**F I L E D**

NOV 1 0 2004

Phil Lombardi, Clerk
U.S. DISTRICT COURT

### JUDGMENT

This matter came before the Court for consideration of the plaintiff's amended motion for summary judgment and defendant's motion for summary judgment. The issues having been duly considered and a decision having been rendered in accordance with the Order filed,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment is hereby entered for the Plaintiff and against the Defendant for the principal sum of $4,650,905.00 together with interest from November _10_, 2004 until paid at the rate of _2.35_ percent (%) per annum.

ORDERED this _10_ day of November, 2004.

_Terence Kern_

**TERENCE KERN**
**UNITED STATES DISTRICT JUDGE**

69