UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID WAYNE STARKEY<br>an individual,<br><br>vs.<br><br>DAVID STRUCKMAN, an individual,<br>LORENZO LAMANTIA, an individual,<br>DANIEL ANDERSEN, an individual,<br>JOHN RIZZO, an individual,<br>SYNERGY PRODUCTIONS<br>INTERNATIONAL, INC.,<br>A Missouri Corporation, and PINNACLE<br>QUEST INTERNATIONAL, INC., a<br>Panama Company, and JOHN DOES<br>NOS. 1 THROUGH 20, being defendants<br>not yet named. | Case No. 02-CV-951-K(J) |

## NOTICE OF RENEWAL OF JUDGMENT

NOW COMES the Plaintiff, DAVID WAYNE STARKEY, by and through his undersigned counsel and submits this NOTICE OF RENEWAL OF JUDGMENT.

1. Notice is given of renewal of the Judgment that was rendered and filed in this action as follows:

   A. Date of filing with Court Clerk:   November 10, 2004.
   B. Against Judgment Debtors:   David Struckman; Pinnacle Quest International, Inc.; Synergy Productions International, Inc.
   C. Judgment Creditor:   David Wayne Starkey
   200 S. Chambers Ave. # 37
   Claremore, OK 74017
   918-530-9159

THOMAS E. KIMBLE
Attorney for Plaintiff
David Wayne Starkey
Illinois Bar #6257935
424 Westview Terrace
Arlington, TX 76013
(817) 223-1654

JUDGEMENT CREDITOR: The original of this Notice is to be filed in this case. A certified copy of this Notice of Renewal of Judgment must be filed in the office of the County Clerk for any County in which a judgment lien is sought to be retained.

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Notice of Renewal of Judgment was sent to the following on this ___9___ day of ___November___, 2009, via Regular and Certified Mail to:

David Struckman
Registration Number 56134-179
Legal Mail
FCI Terminal Island
Federal Correctional Institute
P.O. Box 3007
San Pedro, CA 90731

_____
Thomas Kimble
Attorney for Plaintiff David Wayne Starkey